Marjorie H. Wheeler, Respondent, v. George Forrest Wheeler, Appellant. — Appeal by defendant from so much of an order as denied his motion to strike out certain statements contained in a memorandum decision of another justice.

Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.